# Court of Appeals
# of the State of Georgia

ATLANTA, October 04, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0387. ERIC JOHNSON v. JUANITA JOHNSON.

Based on the sparse appellate record, it appears that Eric Johnson ("Husband") and Juanita Johnson ("Wife") were divorced in 2023. Thereafter, the trial court entered an order granting attorney fees to Wife under OCGA § 19-6-2. Husband filed this direct appeal, but we lack jurisdiction.

Where, as here, the underlying action involves rights and obligations arising out of a divorce decree and does not involve child custody, the case is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2). See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005). Appeals in such matters must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); accord *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (an appeal in a domestic relations case in which custody is not at issue must be brought by discretionary application); *Barnes v. Barnes*, 361 Ga. App. 279, 280 (864 SE2d 119) (2021) (same).

"[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Husband's failure to follow

the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 10/04/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

                   *, Clerk.*